FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Susan.Cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 09-00345 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| ALEC SOUPHONE SOU, (01) | ) | |
| MIKE MANKONE SOU, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>ORDER FOR DISMISSAL</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the First Superseding Indictment against Defendant Alec Souphone Sou and Mike Mankone Sou on the grounds that prosecution is declined in the interests of justice.

The defendants are not in custody on the dismissed charges listed above.

DATED: August 4, 2011, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By /s/ Susan Cushman
   SUSAN CUSHMAN
   Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 5, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

UNITED STATES v. ALEC SOUPHONE SOU, ET AL.
Cr. No. 09-00345 SOM
"Order for Dismissal"